# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Ebel, David M. | 2. Court or Organization<br><br>Tenth Circuit Court of Appeals | 3. Date of Report<br><br>08/05/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☑ Initial ☐ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>Byron White U.S. Courthouse<br>1823 Stout Street<br>Room 109L<br>Denver, CO 80257 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 08/05/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Public Employees Retirement Association (PERA) -- retirement |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Magellan Fd. | B | Dividend | J | T | Sold (part) | 08/12/15 | J | B | |
| 2. " " " | | | | | Sold (part) | 12/16/15 | J | A | |
| 3. Janus Contrarian Fd. | B | Dividend | L | T | Buy (add'l) | 01/08/15 | K | | |
| 4. " " " | | | | | Sold (part) | 08/12/15 | K | A | |
| 5. Janus Global Life Science Fd. D | C | Dividend | L | T | Buy (add'l) | 01/08/15 | K | | |
| 6. " " " | | | | | Sold (part) | 08/12/15 | L | D | |
| 7. " " " | | | | | Buy (add'l) | 09/10/15 | K | | |
| 8. Janus Money Market Fd. D | A | Interest | M | T | Sold (part) | 01/08/15 | K | B | |
| 9. " " " | | | | | Buy (add'l) | 08/12/15 | K | | |
| 10. " " " | | | | | Sold (part) | 09/10/15 | K | C | |
| 11. Fidelity Cash Reserves | A | Interest | J | T | Sold (part) | 01/08/15 | J | A | |
| 12. " " " | | | | | Buy (add'l) | 05/07/15 | J | | |
| 13. " " " | | | | | Sold (part) | 06/16/15 | J | B | |
| 14. " " " | | | | | Sold (part) | 10/28/15 | J | A | |
| 15. Fidelity Select Energy Service Fd. | | None | J | T | | | | | |
| 16. EYEris Inc. Class A Common Stock | | None | J | T | | | | | |
| 17. EYEris Inc. Class B Common Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Janus Growth & Income Fd. D | B | Dividend | K | T | | | | | |
| 19. Fidelity U.S. Gov't Reserves | A | Interest | J | T | | | | | |
| 20. Fidelity Emerging Markets Fd. | A | Dividend | J | T | | | | | |
| 21. Fidelity Value Fd. | B | Dividend | J | T | Sold (part) | 12/16/15 | J | B | |
| 22. Fidelity Diversified Int'l Fd. | A | Dividend | J | T | | | | | |
| 23. Dodge & Cox Stock Fd. | C | Dividend | L | T | Buy (add'l) | 01/08/15 | K | | |
| 24. " " " | | | | | Sold (part) | 08/13/15 | K | B | |
| 25. " " " | | | | | Buy (add'l) | 09/11/15 | K | | |
| 26. Dodge & Cox Balanced Fd. | B | Dividend | K | T | Buy (add'l) | 08/13/15 | K | | |
| 27. " " " | | | | | Sold (part) | 09/11/15 | K | B | |
| 28. Dodge & Cox Income Fd. | A | Dividend | J | T | Sold (part) | 01/08/15 | K | C | |
| 29. " " " | | | | | Buy (add'l) | 08/13/15 | K | | |
| 30. " " " | | | | | Sold (part) | 09/11/15 | K | B | |
| 31. Royce Total Returns Fd. | B | Dividend | K | T | Sold | 12/14/15 | K | B | |
| 32. Janus Short Term Bond Fd. D. | A | Dividend | J | T | | | | | |
| 33. Intech U.S. Core Fd. D | B | Dividend | J | T | Buy (add'l) | 01/08/15 | J | | |
| 34. " " " | | | | | Sold (part) | 08/12/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Perkins Mid-Cap Value Fd. D | C | Dividend | K | T | | | | | |
| 36. Fidelity Int'l Small Cap Fd. | A | Dividend | K | T | | | | | |
| 37. Fidelity Contra Fd. | A | Dividend | K | T | | | | | |
| 38. Fidelity Select Wireless Fd. | | None | | | | 10/15/14 | J | A | See note 1. |
| 39. Dodge & Cox International Fd. | A | Dividend | J | T | | | | | |
| 40. Royce Premier Fd. | B | Dividend | K | T | Sold | 12/14/15 | J | B | |
| 41. Northwestern Mutual Modified Whole Life Policies | E | Interest | M | T | | | | | |
| 42. Mass. Mutual Whole Life Policy | C | Interest | K | T | | | | | |
| 43. Thrivant Lutheran Brotherhood Whole Life Policy | B | Interest | K | T | | | | | |
| 44. Janus Enterprise Fund D | A | Dividend | K | T | Buy (add'l) | 08/12/15 | K | | |
| 45. Fidelity Canada Fd. | A | Dividend | J | T | Sold | 01/08/15 | J | A | |
| 46. Fidelity Real Estate Investments | A | Dividend | J | T | Buy (add'l) | 01/08/15 | K | | |
| 47. " " " | | | | | Sold | 02/27/15 | K | C | |
| 48. Fidelity Environmental and Alternative Energy | A | Dividend | J | T | | | | | |
| 49. Janus Fund D | A | Dividend | J | T | | | | | |
| 50. Fidelity Select Natural Resources | A | Dividend | J | T | | | | | |
| 51. Dodge & Cox Global Stock Fd. | A | Dividend | J | T | Buy (add'l) | 01/08/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. " " " | | | | | Sold (part) | 08/13/15 | K | B | |
| 53. Open Intelligence Software Group, Inc. Class A Common Stock | A | Dividend | J | T | | | | | |
| 54. Lyza Software Group, Inc. Class A Common Stock | A | Dividend | J | T | | | | | |
| 55. Apple Inc | A | Dividend | J | T | Buy (add'l) | 01/02/15 | J | | |
| 56. Brigus Gold Corp Com | | None | | | | 07/30/14 | J | A | See note 2. |
| 57. Intel Corp | A | Dividend | J | T | Sold | 12/16/15 | J | A | |
| 58. CVS Health Corp | B | Dividend | J | T | Sold (part) | 11/11/15 | J | B | |
| 59. Rexahn Pharmaceuticals Inc | | None | | | | 07/31/14 | J | A | See note 3. |
| 60. Triangle Petroleum | | None | J | T | | | | | |
| 61. Medallion Resources | | None | J | T | | | | | |
| 62. Facebook Inc | A | Dividend | J | T | Sold | 02/09/15 | J | A | |
| 63. Gilead Sciences Inc | A | Dividend | J | T | Sold (part) | 04/20/15 | J | A | |
| 64. | | | | | Buy (add'l) | 10/20/15 | J | | |
| 65. | | | | | Sold | 12/31/15 | J | B | |
| 66. EOG Resources Inc | A | None | J | T | Sold | 04/01/15 | J | A | |
| 67. Ishares Trust Msci USA Momentum | A | Dividend | K | T | Sold | 08/12/15 | J | A | |
| 68. Johnson & Johnson | A | Dividend | J | T | Sold | 04/09/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Micron Technology | | None | J | T | Sold | 04/02/15 | J | A | |
| 70. Positiveid Corp | | None | J | T | Sold | 01/05/15 | J | A | |
| 71. Fidelity Select Health Care | B | Dividend | J | T | Sold (part) | 01/16/15 | J | A | |
| 72. " " " | | | | | Sold (part) | 10/28/15 | J | B | |
| 73. US Bank | A | Interest | K | T | | | | | |
| 74. Fidelity Acct. Individual | A | Interest | J | T | | | | | |
| 75. Amgen Inc. | A | Dividend | K | T | Buy | 05/27/15 | K | | |
| 76. " " " | | | | | Sold | 08/12/15 | K | B | |
| 77. Sunedison Inc Com | A | Dividend | J | T | Buy | 11/23/15 | J | | |
| 78. " " " | | | | | Buy (add'l) | 11/24/15 | J | | |
| 79. " " " | | | | | Buy (add'l) | 12/18/15 | J | | |
| 80. " " " | | | | | Sold | 12/22/15 | J | A | |
| 81. United States Brent Crude Oil Fund | A | Dividend | J | T | Buy | 02/02/15 | J | | |
| 82. " " " | | | | | Buy (add'l) | 04/15/15 | J | | |
| 83. " " " | | | | | Sold | 05/04/15 | J | A | |
| 84. Alon USA Partners | C | Dividend | J | T | Buy | 01/07/15 | J | | |
| 85. " " " | | | | | Buy (add'l) | 02/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. " " " | | | | | Buy (add'l) | 02/09/15 | J | | |
| 87. " " " | | | | | Sold (part) | 05/15/15 | J | B | |
| 88. " " " | | | | | Buy (add'l) | 06/29/15 | J | | |
| 89. " " " | | | | | Sold (part) | 08/14/15 | J | B | |
| 90. " " " | | | | | Buy (add'l) | 09/10/15 | K | | |
| 91. Hugoton Rty TR Tex | A | Dividend | J | T | Buy | 09/16/15 | J | | |
| 92. " " " | | | | | Sold | 10/15/15 | J | A | |
| 93. Monroe Com | A | Dividend | J | T | Buy | 09/30/15 | J | | |
| 94. " " " | | | | | Buy (add'l) | 12/30/15 | J | | |
| 95. Alibaba Group Hldg Ltd (BABA) | C | Dividend | K | T | Buy | 01/20/15 | K | | |
| 96. " " " | | | | | Sold | 01/29/15 | J | A | |
| 97. " " " | | | | | Buy | 10/28/15 | K | | |
| 98. Disney Walt Co | A | Distribution | J | T | Buy | 12/29/15 | J | | |
| 99. Rave Restaurant | A | Dividend | J | T | Buy | 12/13/15 | J | | |
| 100. Nike Inc Class B (NKE) | A | Dividend | J | T | Buy | 01/02/15 | J | | |
| 101. Whole Foods MKT Inc (WFM) | A | Dividend | J | T | Buy | 01/02/15 | J | | |
| 102. " " " | | | | | Sold (part) | 03/20/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Costco Wholesale Corp (COST) | A | Dividend | J | T | Buy | 01/02/15 | J | | |
| 104. " " " | | | | | Sold (part) | 06/24/15 | J | A | |
| 105. Exxon Mobil Corp | A | Dividend | J | T | Buy | 05/18/15 | J | | |
| 106. " " " | | | | | Sold | 10/28/15 | J | A | |
| 107. Factorshares Tr Ise Cyber Sec | A | Dividend | J | T | Buy | 02/17/15 | J | | |
| 108. " " " | | | | | Buy (add'l) | 02/27/15 | J | | |
| 109. " " " | | | | | Buy | 03/01/15 | J | | |
| 110. " " " | | | | | Sold (part) | 03/27/15 | J | A | |
| 111. " " " | | | | | Sold | 05/19/15 | J | A | |
| 112. Gladstone Invt Corp | A | Dividend | J | T | Buy | 06/29/15 | J | | |
| 113. " " " | | | | | Buy (add'l) | 07/28/15 | J | | |
| 114. " " " | | | | | Sold | 10/02/15 | J | A | |
| 115. Lockheed Martin Corp | A | Dividend | J | T | Buy | 04/02/15 | J | | |
| 116. " " " | | | | | Sold | 08/25/15 | J | A | |
| 117. Merck & Co Inc | A | Dividend | J | T | Buy | 10/28/15 | J | | |
| 118. " " " | | | | | Sold | 11/09/15 | J | A | |
| 119. Oculus Innovativee Sciences Inc | A | Dividend | J | T | Buy | 07/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. " " " | | | | | Sold | 07/17/15 | J | A | |
| 121. Penn Va Corp | A | Dividend | J | T | Buy | 10/07/15 | J | | |
| 122. " " " | | | | | Sold | 10/12/15 | J | A | |
| 123. Petmed Express Inc | A | Dividend | J | T | Buy | 11/09/15 | J | | |
| 124. " " " | | | | | Sold (part) | 12/22/15 | J | A | |
| 125. Sector Spdr Tr Shs Ben Int Consumer | A | Dividend | J | T | Buy | 10/16/15 | J | | |
| 126. " " " | | | | | Sold | 12/22/15 | J | A | |
| 127. Sector Spdr Tr Shs Ben Int Energy | A | Dividend | J | T | Buy | 08/14/15 | J | | |
| 128. " " " | | | | | Sold | 11/19/15 | J | A | |
| 129. Sector Spdr Tr Shs Ben Int Financial | A | Dividend | J | T | Buy | 05/19/15 | J | | |
| 130. " " " | | | | | Sold | 06/29/15 | J | A | |
| 131. Sei Investments Co Com | A | Dividend | J | T | Buy | 06/02/15 | J | | |
| 132. " " " | | | | | Sold | 08/25/15 | J | A | |
| 133. Spdr Ser Tr & S&P Oil & Gas Expl | A | Dividend | J | T | Buy | 02/03/15 | J | | |
| 134. " " " | | | | | Buy (add'l) | 02/22/15 | J | | |
| 135. " " " | | | | | Sold (part) | 04/01/15 | J | A | |
| 136. " " " | | | | | Sold | 05/19/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Sunrun Inc | A | Dividend | J | T | Buy | 12/21/15 | J | | |
| 138. " " " | | | | | Sold | 12/22/15 | J | A | |
| 139. Valero Energy Corp | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 140. " " " | | | | | Buy (add'l) | 04/02/15 | J | | |
| 141. " " " | | | | | Sold | 06/22/15 | J | A | |
| 142. Wisdomtree Trust Japan Hedge | A | Dividend | J | T | Buy | 05/26/15 | J | | |
| 143. " " " | | | | | Sold | 07/28/15 | J | A | |
| 144. Barclays Bank Plc | A | Dividend | J | T | Buy | 02/05/15 | J | | |
| 145. " " " | | | | | Sold | 04/24/15 | J | A | |
| 146. Northern Tier Energylp | A | Dividend | J | T | Buy | 08/05/15 | J | | |
| 147. " " " | | | | | Sold (part) | 09/18/15 | J | A | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 08/05/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 08/05/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1)      Fidelity Select Wireless Fd. was listed on line 41 in the 2014 report. That disclosure should have reported a total sale on 10/15/14 with a value code of "J" and a gain code of "A."

(2)      Brigus Gold Corp Com was listed on line 78 of the 2014 report. It was acquired that year by Primero Mining. That disclosure should have reported that I sold all of that stock on 7/30/14. The value code is "J" and the gain code is "A."

(3)      Rexahn Pharmaceuticals Inc was listed on line 87 of the 2014 report and it omitted to disclose that I sold that stock completely on 7/31/14. The value code was "J" and the gain code was "A."

None of these omissions in my 2014 report raise any conflict of interest issues.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David M. Ebel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544